Frederick A. Eighmie, Respondent, v. Harry E. Eighmie and Others, Respondents, Impleaded with George Karl, Individually and as Guardian ad Litem for Infants, Appellants.— Interlocutory judgment affirmed, with costs against George Karl individually. All concurred.

First National Bank of Binghamton, Respondent, v. Mutual Life Insurance Company of New York, Appellant.— Judgment and order unanimously affirmed, with costs.

Edmund Forbush, Appellant, v. Continental Paper Bag Company, Respondent.— Judgment unanimously affirmed, with costs.

Minnie Fisher, Appellant, v. Franklin County Agricultural Society, Respondent.— Judgment and order unanimously affirmed, with costs.

Edward A. Groesbeck, Respondent, v. James P. Morgan, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., dissenting.

In the Matter of the Judicial Settlement of the Account of John Z. Twitchell, as General Guardian of the Property of Eston E. Devore, Now Deceased.— Motion granted unless, within ten days, the appellant perfects his appeal by serving proper undertaking and serving case and exceptions within thirty days, and pays ten dollars costs to the respondent, in which case motion is denied, without costs.

In the Matter of the Application of the Heine Boiler Company for a Writ of Mandamus Requiring the Franklin Boiler Works Company to Allow an Inspection of Its Books.— Motion denied.

In the Matter of the Probate of the Last Will and Testament of Mary R. Moore, Deceased.— Motion granted unless the appellant serves printed case within twenty days and pays ten dollars costs, in which case motion is denied.

Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, Respondent, v. G. Arthur Gardner, Appellant.— Motion granted unless, within twenty days, appellant pays the attorneys for the respondent twenty dollars and files and serves his case, in which case motion is denied.

Luella Heffron, an Infant, by Her Guardian ad Litem, William Heffron, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed as against the weight of evidence both as to the defendant's negligence and the plaintiff's freedom from contributory negligence, and new trial granted, with costs to appellant to abide event. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Cornelius Harrigan, Appellant, v. John Houlihan, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Emily H. Hathorn and Frank H. Hathorn, Respondents, v. Natural Carbonic Gas Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred. Houghton, J., not sitting.